In re COATSWORTH et al. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) In the matter of the application of Tamar M. Coatsworth and others, landlords, for the removal of Louis Schoellkopf and others, tenants and under tenants, from premises. No

*opinion.* Order upon the remittitur of the court of appeals allowed, declaring the judgment of that court the judgment in this court. 54 N. E. 665.